United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CISNEROS,<br><br>            Plaintiff,<br><br>    v.<br><br>J. VANGILDER, et al.,<br><br>            Defendants. | Case No. 16-cv-00735-HSG (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO TAKE INMATE DEPOSITIONS**<br><br>Re: Dkt. No. 23 |

    Good cause appearing, defendants' motion for leave to depose percipient inmate witnesses Isac Estrada (V-17803), Daniel Manriquez (K-81800), and Walter Morales (K-61268) in California state prison, is GRANTED.  *See* Fed. R. Civ. P. 30(a)(2)(B).

    This order terminates Docket No. 23.

    **IT IS SO ORDERED.**

Dated: 9/30/2016

                                                      HAYWOOD S. GILLIAM, JR.
                                                      United States District Judge