UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CISNEROS,<br>　　　　Plaintiff,<br>　　v.<br>J. VANGILDER, et al.,<br>　　　　Defendants. | Case No. 16-cv-00735-HSG (PR)<br><br>**ORDER REOPENING ACTIONS;<br>ADDRESSING PENDING MOTIONS** |
| DANIEL MANRIQUEZ,<br>　　　　Plaintiff,<br>　　v.<br>J. VANGIDLER, et al.,<br>　　　　Defendants. | Case No. 16-cv-1320-HSG (PR)<br>Re: Dkt. No. 37 |
| OSCAR CHAIDEZ,<br>　　　　Plaintiff,<br>　　v.<br>J. VANGILDER, et al.,<br>　　　　Defendants. | Case No. 16-cv-1330-HSG (PR) |

By order entered October 19, 2016, the Court related the above-referenced cases as well as a fourth case (*Falla v. Ducart*, et al., No. C 16-0869 HSG (PR)), all of which arise from a June 4, 2015 incident at Pelican Bay State Prison during which a chemical grenade was discharged near plaintiffs' cells. On January 27, 2017, the Court referred the actions for early settlement proceedings before Magistrate Judge Nandor Vadas and administratively closed the files pending settlement proceedings. A settlement was reached in *Falla v. Ducart*, et al., No. C 16-0869 HSG

(PR), and a stipulation for voluntary dismissal closing that action was subsequently entered on May 16, 2017.

Judge Vadas has reported that the remaining three cases did not settle. Judge Vadas is currently working with the parties to create a scheduling order for depositions and written discovery in the remaining three cases.

Accordingly, the Court orders as follows,

1. The Clerk shall reopen *Cisneros v. Vangilder*, et al., No. C 16-0735 HSG (PR), *Manriquez v. Vangilder*, et al., No. 16-1320 HSG (PR), and *Chaidez v. Vangilder*, et al., No. C 16-1330 HSG (PR).

2. Good cause appearing, and based on the request by plaintiff Manriquez, Gerald Singleton, Esq. and Brody A. McBride, Esq. of the Singleton Law Firm, APC, are hereby substituted as attorneys of record for plaintiff Manriquez in Case No. C 16-1320 HSG (PR).

3. Summary judgment deadlines will be set at a later date.

4. The Clerk shall send Magistrate Judge Vadas a copy of this order.

This order terminates Docket No. 37 in Case No. C 16-1320.

**IT IS SO ORDERED.**

Dated: 6/23/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge