United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL CISNEROS,

             Plaintiff,

    v.

J. VANGILDER, et al.,

             Defendants.

Case No. 16-cv-00735-HSG

**ORDER APPOINTING COUNSEL**

Plaintiff, a state prisoner incarcerated at California State Prison – Sacramento and proceeding *pro se*, filed this civil rights complaint pursuant to 42 U.S.C. § 1983. Per order filed July 31, 2017, the Court referred Plaintiff to the Federal Pro Bono Project ("FPBP") to find a volunteer attorney to represent him. Dkt. No. 47. FPBP has informed the Court that attorney Timothy Lewis Moore (State Bar No. 305168) of Reed Smith LLP, 101 2nd Street, Suite 1800, San Francisco, CA 94105, has agreed to serve as appointed pro bono counsel for Plaintiff in this action. The Court is grateful for the firm's interest and commitment and, good cause shown, APPOINTS Timothy Lewis Moore of Reed Smith LLP as counsel for Plaintiff in this matter pursuant to 28 U.S.C. § 1915(e)(1). The scope of this referral shall be for all purposes for the duration of this case. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the court's website.

The Clerk shall set this matter for a case management conference within 90 days of this order. All proceedings in this action are stayed until that time. In light of the appointment of counsel for him and Plaintiff's custodial status, Plaintiff need not attend the case management conference. The parties shall file a joint case management statement no later than seven calendar days before the case management conference.

The Clerk is further directed to add Plaintiff's appointed counsel to the docket and serve a copy of this order upon Plaintiff and upon counsel for both parties. The Clerk shall also send a copy of this order to FPBP.

**IT IS SO ORDERED.**

Dated: 8/17/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge