XAVIER BECERRA
Attorney General of California
KYLE A. LEWIS
Acting Supervising Deputy Attorney General
IAN MICHAEL ELLIS
Deputy Attorney General
State Bar No. 280254
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-1179
  Fax: (415) 703-5843
  E-mail: Ian.Ellis@doj.ca.gov
*Attorneys for Defendants S. Cupp, J. Cuske,
D. Melton, K. Ohland, J. Vangilder, and J. Vasquez*

TIMOTHY LEWIS MOORE, State Bar No. 305168
Reed Smith, LLP
  101 2nd Street, STE 1800
  San Francisco, CA 94105
  Telephone: (415) 659-5651
  Fax: (415) 391-8269
  E-mail: tmoore@reedsmith.com
*Attorney for Plaintiff Daniel Cisneros*

GERALD SINGLETON, State Bar No. 208783
BRODY A. MCBRIDE, State Bar No. 270852
Singleton Law Firm
  115 W. Plaza Street
  Solana Beach, CA 92075-1123
  Telephone: (760) 697-1330
  Fax: (760) 697-1329
  E-mail: brody@slffirm.com
*Attorneys for Plaintiff Daniel Manriquez*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL CISNEROS,** | Case No. 16-cv-00735 HSG |
| Plaintiff, | **STIPULATED CASE SCHEDULE; [PROPOSED] ORDER** |
| v. | Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2 |
| **J. VANGILDER, et al.,** | Trial Date: Nov. 12, 2018 |
| Defendants. | |

1

Stip. Case Schedule; [Proposed] Order (Case Nos. 16-cv-00735 HSG; 16-cv-01320 HSG)

| | |
|---|---|
| **DANIEL MANRIQUEZ,** | Case No. 16-cv-01320 HSG |
| Plaintiff, | |
| v. | |
| **J. VANGILDER, et al.,** | |
| Defendants. | |

At the November 14, 2017 joint case management conference, the Court ordered counsel for Plaintiffs Daniel Manriquez and Daniel Cisneros and counsel for Defendants S. Cupp, J. Cuske, D. Melton, K. Ohland, J. Vangilder, and J. Vasquez ("the Parties") to prepare a proposed schedule for further proceedings in these related actions. In compliance with the Court's order, and pursuant to the Court's stated preference to schedule the trial in this case on November 12, 2018, the Parties propose the following case schedule for the Court's approval.[1]

- All amended pleadings and/or motions to amend shall be filed no later than December 1, 2017;
- The Parties shall exchange initial disclosures by January 2, 2018;
- At the end of the initial-disclosure period, the Parties shall have until May 22, 2018, to conduct all necessary non-expert discovery. To expedite discovery, the Court grants the Parties leave to conduct the dispositions of incarcerated witnesses without further order by this Court;
- Expert discovery shall begin on May 22, 2018. Any expert designations and reports are due that date;
- Expert discovery will close on June 22, 2018;
- The discovery cut-off will coincide with the close of expert discovery;

---

[1] The Parties note that this is an ambitious schedule, particularly as it pertains to expert discovery. In allowing only 30 days for expert discovery (which includes initial and rebuttal expert disclosures and reports, and expert depositions), there is a significant chance that circumstances will arise that prevent the Parties from completing expert discovery before the cutoff. The Parties will make every endeavor to work together diligently and amicably to meet all dates in this schedule, including the expert discovery dates. However, if despite the Parties' diligent efforts, they are unable to meet these dates, they will move the Court to modify this schedule as appropriate.

2

Stip. Case Schedule; [Proposed] Order (Case Nos. 16-cv-00735 HSG; 16-cv-01320 HSG)

- By June 25, 2018, the Parties will advise the Court if consolidation of these actions for purposes of trial is desired and if not, an explanation of the reasons why these two actions should not be consolidated for trial purposes;
- The Parties shall have until and including July 23, 2018, to move for summary judgment;
- The joint pretrial conference for both of these matters shall be set for October 30, 2018, unless the Court is persuaded that these actions cannot be tried together;
- The consolidated trial of these two actions is set to begin on November 12, 2018, unless the Court is persuaded that these actions cannot be tried together.

//

//

3

Stip. Case Schedule; [Proposed] Order (Case Nos. 16-cv-00735 HSG; 16-cv-01320 HSG)

The Parties are agreed as to the above schedule and respectfully request that Court adopt the schedule for purposes of these two cases.

Dated: November 28, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
KYLE A. LEWIS
Acting Supervising Deputy Attorney General

/s/ IAN MICHAEL ELLIS
IAN MICHAEL ELLIS
Deputy Attorney General
*Attorneys for Defendants
S. Cupp, J. Cuske, D. Melton,
K. Ohland, J. Vangilder,
and J. Vasquez*

Dated: November 28, 2017

/s/ TIMOTHY L. MOORE
Timothy Lewis Moore
Reed Smith, LLP
*Attorney for Plaintiff Daniel Cisneros*

Dated: November 28, 2017

/s/ BRODY A. MCBRIDE
Brody A. McBride
Singleton Law Firm
*Attorneys for Plaintiff Daniel Manriquez*

## [PROPOSED] ORDER

The Court has reviewed the parties' proposed case schedule and approves it.

IT IS SO ORDERED except the trial will begin on Tuesday, November 13, 2018 and August 30, 2018 is the last day to hear dispositive motions.

Date: 11/29/2017

_____
The Hon. Haywood S. Gilliam, Jr., District Judge

SF2016401088; SF2016400816
21048002.docx

4

Stip. Case Schedule; [Proposed] Order (Case Nos. 16-cv-00735 HSG; 16-cv-01320 HSG)