1 | XAVIER BECERRA
Attorney General of California
2 | KYLE A. LEWIS
Acting Supervising Deputy Attorney General
3 | IAN MICHAEL ELLIS
Deputy Attorney General
4 | State Bar No. 280254
455 Golden Gate Avenue, Suite 11000
5 | San Francisco, CA 94102-7004
Telephone: (415) 703-1179
6 | Fax: (415) 703-5843
E-mail: Ian.Ellis@doj.ca.gov
7 | *Attorneys for Defendants S. Cupp, J. Cuske,
D. Melton, K. Ohland, J. Vangilder, and J. Vasquez*
8 |
TIMOTHY LEWIS MOORE, State Bar No. 305168
9 | Reed Smith, LLP
101 2nd Street, Suite 1800
10 | San Francisco, CA 94105
Telephone: (415) 659-5651
11 | Fax: (415) 391-8269
E-mail: tmoore@reedsmith.com
12 | *Attorney for Plaintiff Daniel Cisneros*

13 | GERALD SINGLETON, State Bar No. 208783
BRODY A. MCBRIDE, State Bar No. 270852
14 | Singleton Law Firm
115 W. Plaza Street
15 | Solana Beach, CA 92075-1123
Telephone: (760) 697-1330
16 | Fax: (760) 697-1329
E-mail: brody@slffirm.com
17 | *Attorneys for Plaintiff Daniel Manriquez*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CISNEROS<br><br>Plaintiff,<br><br>vs.<br><br>VANGILDER, et al.,<br><br>Defendants. | No.: 4:16-cv-00735-HSG<br><br>**JOINT STIPULATION RE: MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER**<br><br>Judge: Hon. Haywood S. Gilliam Jr.<br>Courtroom: 2<br>Trial Date: Nov. 12, 2018 |

No.: 4:16-cv-00735-HSG – 0 –

JOINT STIPULATION RE: MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

|   | |
|---|---|
| 1 | DANIEL MANRIQUEZ |
| 2 | Plaintiff, |
| 3 | vs. |
| 4 | VANGILDER, et al., |
| 5 | Defendants. |
| 6 | |

## **STIPULATION**

It is hereby STIPULATED, by and between the undersigned counsel, that Plaintiff Daniel Cisneros, Plaintiff Daniel Manriquez, and Defendants S. Cupp, J. Cuske, D. Melton, K. Ohland, J. Vangilder, and J. Vasquez have no objection to Plaintiff Daniel Cisneros's Motion for Leave to File First Amended Complaint. The Parties respectfully request that the Court grant Plaintiff Daniel Cisneros leave to file and serve his First Amended Complaint.

DATED: December 1, 2017                  Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
KYLE A. LEWIS
Acting Supervising Deputy Attorney General

/s/ *IAN MICHAEL ELLIS*
IAN MICHAEL ELLIS
Deputy Attorney General
*Attorneys for Defendants*
*S. Cupp, J. Cuske, D. Melton,*
*K. Ohland, J. Vangilder,*
*and J. Vasquez*

DATED: December 1, 2017                  */s/ TIMOTHY L. MOORE*
Timothy Lewis Moore
Reed Smith, LLP
*Attorney for Plaintiff Daniel Cisneros*

DATED: December 1, 2017                  */s/ BRODY A. MCBRIDE*
Brody A. McBride
Singleton Law Firm
*Attorney for Plaintiff Daniel Manriquez*

**ORDER**

The Court has reviewed the parties' stipulated submission of the Parties' Joint Stipulation Re: Motion for Leave to First Amended Complaint and approves it.

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff Daniel Cisneros is hereby granted leave to file and serve his First Amended Complaint. Amended complaint was previously e-filed on 12/1/2017 as docket no. 55.

Date: December 4, 2017

_____
The Hon. Haywood S. Gilliam, Jr., District Judge