XAVIER BECERRA
Attorney General of California
KYLE A. LEWIS
Acting Supervising Deputy Attorney General
IAN MICHAEL ELLIS
Deputy Attorney General
  State Bar No. 280254
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-1179
  Fax: (415) 703-5843
  E-mail: Ian.Ellis@doj.ca.gov
*Attorneys for Defendants S. Cupp, J. Cuske,*
*D. Melton, K. Ohland, J. Vangilder, and J. Vasquez*

TIMOTHY LEWIS MOORE, State Bar No. 305168
Reed Smith, LLP
  101 2nd Street, Suite 1800
  San Francisco, CA 94105
  Telephone: (415) 659-5651
  Fax: (415) 391-8269
  E-mail: tmoore@reedsmith.com
*Attorney for Plaintiff Daniel Cisneros*

GERALD SINGLETON, State Bar No. 208783
BRODY A. MCBRIDE, State Bar No. 270852
  Singleton Law Firm
  115 W. Plaza Street
  Solana Beach, CA 92075-1123
  Telephone: (760) 697-1330
  Fax: (760) 697-1329
  E-mail: brody@slffirm.com
*Attorneys for Plaintiff Daniel Manriquez*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CISNEROS<br><br>        Plaintiff,<br><br>  vs.<br><br>VANGILDER, et al.,<br><br>        Defendants. | No.: 4:16-cv-00735-HSG<br><br>**ORDER GRANTING JOINT STIPULATION RE: EXTENSION OF HEARING AND DEADLINE TO OPPOSE DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |

**ORDER**

The Court has reviewed the parties' stipulated submission of the Parties' Joint Stipulation Re: Extension Of Hearing And Deadline To Oppose Defendants' Motion For Judgment On The Pleadings and approves it.

PURSUANT TO STIPULATION, IT IS SO ORDERED that the dates associated with Defendants' Motion For Judgment On The Pleadings are hereby rescheduled as follows:

| Event | Current date | New date |
|---|---|---|
| Opposition due | May 10, 2018 | **May 17, 2018** |
| Reply due | May 17, 2018 | **May 24, 2018** |
| Hearing | May 31, 2018 | **June 14, 2018** |

Date: May 8, 2018

_____
The Hon. Haywood S. Gilliam, Jr., District Judge