IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **DANIEL CISNEROS,** | 16-cv-00735-HSG (PR) |
| Plaintiff, | **ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER** |
| **v.** | |
| **J. VANGILDER, et al.,** | Judge: The Honorable Haywood S. Gilliam, Jr. |
| Defendants. | |
| **DANIEL MANRIQUEZ,** | 16-cv-01320 HSG (PR) |
| Plaintiff, | |
| **v.** | |
| **J. VANGILDER, et al.,** | |
| Defendants. | |

Having considered the parties' motion for an order modifying the operative scheduling order, and finding sufficient cause therefor, the motion is **GRANTED**. Accordingly, **IT IS HEREBY ORDERED** that the the scheduling order is modified as follows:

| Event | Current Date | Modified Date |
|---|---|---|
| Expert Disclosures | May 22, 2018 | June 29, 2018 |
| Fact Discovery Cutoff | May 22, 2018 | June 29, 2018 |
| Expert Discovery Cutoff | June 22, 2018 | July 13, 2018 |
| MSJ Deadline | July 23, 2018 | July 23, 2018 |
| Pre-trial Conference | October 30, 2018 | October 30, 2018 |

Dated: <u>May 15, 2018</u>

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge