XAVIER BECERRA
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General
NECULAI GRECEA, State Bar No. 307570
PREETI K. BAJWA
Deputy Attorney General
State Bar No. 232484
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-1179
  Fax: (415) 703-5843
  E-mail: Preeti.Bajwa@doj.ca.gov
*Attorneys for Defendants S. Cupp, J. Cuske, D. Melton, K. Ohland, J. Vangilder, and J. Vasquez*

BRITT M. ROBERTS, State Bar No. 284805
Reed Smith, LLP
  101 2nd Street, Suite 1800
  San Francisco, CA 94105
  Telephone: (415) 659-5651
  Fax: (415) 391-8269
  E-mail: tmoore@reedsmith.com
*Attorney for Plaintiff Daniel Cisneros*

GERALD SINGLETON, State Bar No. 208783
BRODY A.MCBRIDE, State Bar No. 270852
  Singleton Law Firm
  115 W. Plaza Street
  Solana Beach, CA 92075-1123
  Telephone: (760) 697-1330
  Fax: (760) 697-1329
  E-mail: brody@slffirm.com
*Attorneys for Plaintiff Daniel Manriquez*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CISNEROS<br><br>        Plaintiff,<br><br>  vs.<br><br>VANGILDER, et al.,<br><br>        Defendants. | No.: 4:16-cv-00735-HSG<br><br>**JOINT STIPULATION RE: EXTENSION TO SCHEDULED DATES FOR EXPERT DEPOSITIONS AND ORDER**<br><br>Judge:      Hon. Haywood S. Gilliam Jr.<br>Courtroom:  2<br>Trial Date:  Nov. 12, 2018 |

No.: 4:16-cv-00735-HSG

# JOINT STIPULATION

On July 3, 2018, this Court granted Plaintiffs' Daniel Manriquez and Daniel Cisneros ("Plaintiffs") Motion to Amend the Scheduling Order and continued Expert Discovery and all related deadlines by sixty (60) days. *See* ECF 75. Within that Order, the Court advised that pursuant to the July 3, 2018 telephonic conference, the parties will meet and confer for the purpose of proposing mutually agreeable dates for the final pretrial conference and trial, and will submit a stipulation and proposed order to that effect by July 13, 2018. During discussions with the Court concerning the Court's Order, the Court additionally advised that if the parties agreed to new deposition dates of all experts in light of the sixty (60) day continuance to expert discovery, they should advise the Court by Joint Stipulation by July 6, 2018. The parties have reached agreement on new dates for all expert depositions and advise the Court of the following:

It is hereby STIPULATED, by and between the undersigned counsel, that Plaintiffs and Defendants[1] have agreed to move the deposition of Plaintiffs' expert from July 9, 2018 to August 23, 2018; and Defendants' experts from July 12, 2018 to August 28, 2018.

DATED: July 11, 2018

/s/ *PreetiBajwa*
Preeti Bajwa
Deputy Attorney General
*Attorneys for Defendants*
*S. Cupp, J. Cuske, D. Melton,*
*K. Ohland, J. Vangilder,*
*and J. Vasquez*

DATED: July 11, 2018

*/s/ Britt M. Roberts*
Britt M. Roberts
Reed Smith, LLP
*Attorney for Plaintiff Daniel Cisneros*

DATED: July 11, 2018

*/s/ Brody A. Mcbride*
Brody A. McBride
Singleton Law Firm
*Attorney for Plaintiff Daniel Manriquez*

---

[1] Defendants S. Cupp, J. Cuske, D. Melton, K. Ohland, J. Vangilder, and J. Vasquez ("Defendants").

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## ORDER

Upon considering the parties joint stipulation, it is hereby ordered that Plaintiffs' expert's deposition will be re-scheduled from July 9, 2018 to August 23, 2018; and Defendants' experts' depositions will be re-scheduled from July 12, 2018 to August 28, 2018.

**IT IS SO ORDERED.**

**DATED:** July 11, 2018

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM JR.