XAVIER BECERRA
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General
NECULAI GRECEA, State Bar No. 307570
PREETI K. BAJWA
Deputy Attorney General
State Bar No. 232484
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-1179
  Fax: (415) 703-5843
  E-mail: Preeti.Bajwa@doj.ca.gov
*Attorneys for Defendants S. Cupp, J. Cuske,*
*D. Melton, K. Ohland, J. Vangilder, and J. Vasquez*

BRITT M. ROBERTS, State Bar No. 284805
Reed Smith, LLP
  101 2nd Street, Suite 1800
  San Francisco, CA 94105
  Telephone: (415) 659-4873
  Fax: (415) 391-8269
  E-mail: broberts@reedsmith.com
*Attorney for Plaintiff Daniel Cisneros*

GERALD SINGLETON, State Bar No. 208783
BRODY A.MCBRIDE, State Bar No. 270852
  Singleton Law Firm
  115 W. Plaza Street
  Solana Beach, CA 92075-1123
  Telephone: (760) 697-1330
  Fax: (760) 697-1329
  E-mail: brody@slffirm.com
*Attorneys for Plaintiff Daniel Manriquez*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CISNEROS<br><br>          Plaintiff,<br><br>   vs.<br><br>VANGILDER, et al.,<br><br>        Defendants. | No.: 4:16-cv-00735-HSG<br><br>**JOINT STIPULATION RE: DEPOSITION OF CAPTAIN D. WILCOX AND ORDER**<br><br>Judge:      Hon. Haywood S. Gilliam Jr.<br>Courtroom:  2<br>Trial Date:   January 14, 2019 |

1

1

2 DANIEL MANRIQUEZ

                    Plaintiff,
3
         vs.
4
VANGILDER, et al.,
5
                    Defendants.
6

**JOINT STIPULATION RE: DEPOSITION
OF CAPTAIN D. WILCOX AND ORDER**

Judge:          Hon. Haywood S. Gilliam Jr.
Courtroom:      2
Trial Date:     January 14, 2019

7                         <u>**JOINT STIPULATION**</u>

8        On July 3, 2018, this Court granted Plaintiffs' Daniel Manriquez and Daniel Cisneros

9 Motion to Amend the Scheduling Order for the sole purpose of allowing Plaintiffs to depose

10 witness Captain C. Parry. *See* ECF 71, 75.  Shortly thereafter, Defense counsel has represented

11 that Cpt. Parry was not involved in any way with the incident, CDCR's investigation into the

12 incident, or reviewing the incident report. Rather, Defense counsel has represented that Cpt.

13 Wilcox is the appropriate witness. Based on these representations by Defense counsel, the parties

14 seek to stipulate to the following:

15 / / /

16 / / /

17 / / /

18

19

20

21

22

23

24

25

26

27

28

1

2      It is STIPULATED, by and between the undersigned counsel for Plaintiffs and Defendants,

3  that non-expert discovery will remain open for the sole purpose of deposing Captain D. Wilcox.

4  Captain C. Parry will not be deposed unless a party seeks an order from this Court.  Plaintiffs and

5  Defendants further stipulate that Captain D. Wilcox's deposition will take place on July 27, 2018,

6  and that no further non-expert discovery will be conducted unless otherwise ordered by this

7  Court.

8
   DATED:  July 19, 2018
9
                                              /s/ PreetiBajwa
10                                            Preeti Bajwa
                                              Deputy Attorney General
11                                            Attorneys for Defendants
                                              S. Cupp, J. Cuske, D. Melton,
12                                            K. Ohland, J. Vangilder,
                                              and J. Vasquez
13
   DATED:  July 19, 2018                      /s/ Britt M. Roberts
14                                            Britt M. Roberts
                                              Reed Smith, LLP
15                                            Attorney for Plaintiff Daniel Cisneros

16
   DATED:  July 19, 2018                      /s/ Brody A. Mcbride
17                                            Brody A. McBride
                                              Singleton Law Firm
18                                            Attorney for Plaintiff Daniel Manriquez

19                                  **ORDER**

20      Upon considering the parties' joint stipulation, it is ORDERED that non-expert discovery

21  will remain open for Plaintiffs to conduct Captain D. Wilcox's deposition, which will take place

22  on July 27, 2018.  No other non-expert discovery will be conducted.

23      **IT IS SO ORDERED.**

24
   **DATED:**  July 19, 2018
25
                                              HON. HAYWOOD S. GILLIAM JR.
26
   SF2016401088
27  90979832.docx

28

                                         3