UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CISNEROS,<br>　　　　Plaintiff,<br>　　v.<br>J. VANGILDER, et al.,<br>　　　　Defendants. | Case No. 16-cv-00735-HSG　(DMR)<br>Re: Dkt. No. 96 |
| DANIEL MANRIQUEZ,<br>　　　　Plaintiff,<br>　　v.<br>J. VANGILDER, et al.,<br>　　　　Defendants. | Case No. 16-cv-01320-HSG　(DMR)<br>**ORDER TO SHOW CAUSE RE: JOINT DISCOVERY LETTER**<br>Re: Dkt. No. 97 |

The court has reviewed the parties' joint discovery letter regarding expert witness Jeffery Hicks filed at Docket Nos. 96 (Case No. 16-cv-00735) and 97 (Case No. 16-cv-1320). Expert discovery closed in these cases on September 11, 2018. [Docket Nos. 86 (Case No. 16-cv-00735), 82 (Case No. 16-cv-1320).] Local Rule 37-3 provides that "no motions to compel expert discovery may be filed more than 7 days after the expert discovery cut-off." Although the parties' letter is dated September 18, 2018, it was not filed with this court until September 24, 2018, more than seven days after the expert discovery cut-off. By no later than October 1, 2018, the parties shall file a joint letter that does not exceed one page explaining why the court should not deny the September 24, 2018 joint letter as untimely.

**IT IS SO ORDERED.**

Dated: September 26, 2018



_____
DONNA M. RYU
United States Magistrate Judge