1  Gerald Singleton, State Bar No. 208783
   Brody A. McBride, State Bar No. 270852
2  Trenton G. Lamere, State Bar No. 272760
   SINGLETON LAW FIRM, APC
3  115 W. Plaza Street
   Solana Beach, Ca 92075-1123
4  Telephone: (760) 697-1330
   Fax: (760) 697-1329
5  E-Mail: Brody@SLFfirm.com
   *Attorneys for Plaintiff Daniel Manriquez*

6  David E. Weiss, State Bar No. 148147
7  Britt M. Roberts, State Bar No. 284805
   REED SMITH LLP
8  101 Second Street; Suite 1800
   San Francisco, CA 94105-3659
9  Telephone: (415) 543-4873
   Fax: (415) 391-8269
10 E-mail: broberts@reedsmith.com
   *Attorneys for Plaintiff Daniel Cisneros*

11 Xavier Becerra, State Bar No. 118517
12 Jay C. Russell, State Bar No. 122626
   Neculai Grecea, State Bar No. 307570
13 Preeti K. Bajwa, State Bar No. 232484
   CAL. ATTORNEY GENERAL'S OFFICE
14 1515 Clay St., 20th Floor
   Oakland, CA 94612
15 Telephone: (510) 879-0980
   Fax: (510) 622-2700
16 E-mail: Preeti.Bajwa@doj.ca.gov
   *Attorneys for Defendants S. Cupp, J. Cuske,*
17 *D. Melton, K. Ohland, J. Vangilder, and J.*
   *Vasquez*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| DANIEL MANRIQUEZ, | Case No. 4:16-cv-1320-HSG |
| Plaintiff, | Related Case No. 4:16-cv-0735-HSG |
| vs. | **REVISED STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND SET SETTLEMENT CONFERENCE** |
| VANGILDER et al., | |
| Defendants, | Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2<br>Trial Date: January 14, 2019 |

| | |
|---|---|
| And Related Case, | |
| DANIEL CISNEROS, | |
| | Plaintiff, |
| vs. | |
| VANGILDER et al., | |
| | Defendants. |

## **STIPULATION**

Trial in this case is currently set for January 14, 2019. (ECF No. 82.)

On November 8, 2018, the Court heard argument on Defendants' Motion for Summary Judgment ("MSJ") (ECF Nos. 94), after which the Court took Defendants' MSJ under submission (ECF No. 105). At the hearing on Defendants' MSJ, the Court indicated at least some of Plaintiffs' claims would survive summary judgment, and that the parties should consider ADR options, including seeking a settlement conference before the magistrate judge assigned to these cases.

If the parties are to meaningfully participate in further ADR efforts, a few things would be helpful. First, it would be helpful to have a ruling on Defendants' MSJ, so the parties can assess the strengths and weaknesses of their cases through an objective lens. A ruling on Defendants' MSJ will also help the parties identify any interlocutory-appeal issues that might arise from the Court's qualified-immunity determination.

Second, it would be helpful if the parties could focus on ADR efforts at this time, without expending time and resources on pretrial preparations that might be wasted. Pursuant to the Court's Civil Pretrial & Trial Standing Order, the following tasks, among others, must be completed before trial:

| **DATE** | **EVENT** |
|---|---|
| December 11, 2018 | Exchange Complete Set of Proposed Exhibits, Charts, Schedules, etc. |
| December 18, 2018 | File Motions in Limine |
| | File Proposed Jury Instructions |

| December 26, 2018 | File Proposed Voir Dire Questions |
| --- | --- |
| | File Proposed Verdict Form |
| | File Proposed Statement of Case |
| | File Trial Brief |
| | File Motion in Limine Oppositions |
| | File Joint Pretrial Statement & Proposed Order |
| December 27, 2018 | Deliver Trial Binders |
| December 28, 2018 | Request Court Reporter |
| January 7, 2019 | Deliver Flash Drive of Exhibits |
| | File Motion to Allow Technology in Courtroom |
| January 8, 2019 | Final Pretrial Conference |
| January 11, 2019 | File Form/Table List of Exhibits |
| | File Form/Table List of Witnesses |

Of course, many pretrial preparations will advance settlement, such as compiling exhibit and witness lists, and meeting and conferring with opposing counsel to resolve and narrow issues for trial. And the parties are prepared to undertake these efforts. Other tasks, however, such as motions in limine and compiling trial binders, will not advance settlement efforts and may result in wasted resources if these cases do settle.

Finally, while the parties are considering other ADR options, such as mediation, it would be helpful if the Court ordered Magistrate Judge Illman to set a settlement conference in these cases. Indeed, the parties would propose replacing the current trial date with a settlement conference, or holding a settlement conference once the parties have received the Court's ruling on Defendants' MSJ and as Judge Illman's calendar permits. The parties are also discussing private settlement/mediation options.

If the settlement efforts are unsuccessful, notwithstanding the Court's availability, based on the availability of counsel and witnesses in this case, the parties propose that trial in these cases be continued to February 18, 2019.

//

Based on the foregoing, **THE PARTIES HEREBY STIPULATE** there is "good cause" under Federal Rule of Civil Procedure 16(b)(4) to modify the current scheduling order to: (1) set a settlement conference before Magistrate Judge Illman for settlement purposes or for the parties to engage in private mediation; and (2) continue the trial date in these cases until after settlement efforts conclude, specifically to February 18, 2019, if the Court's calendar permits.

DATED: November 28, 2018

*s/Brody A. McBride*
Brody A. McBride
Singleton Law Firm
*Attorney for Plaintiff Daniel Manriquez*

DATED: November 28, 2018

*s/Britt Roberts*
Britt Roberts
Reed Smith, LLP
*Attorney for Plaintiff Daniel Cisneros*

DATED: November 28, 2018

*s/Preeti K. Bajwa*
Preeti K. Bajwa
California Attorney General's Office
*Attorney for Defendants S. Cupp, J. Cuske, D. Melton, K. Ohland, J. Vangilder, and J. Vasquez*

**ORDER**

Having considered the parties' stipulation, **IT IS HEREBY ORDERED** that (1) trial in these cases is continued February 19, 2019 at 8:30 a.m.; and (2) Magistrate Judge Illman shall hold a settlement conference in these cases on January 14, 2019, or as soon thereafter as his calendar permits. Alternatively, the parties may engage in private mediation so long as the mediation concludes by January 14, 2019.

DATED: November 28, 2018

HON. HAYWOOD S. GILLIAM, JR.
U.S. District Judge