1 | Gerald Singleton, State Bar No. 208783
Brody A. McBride, State Bar No. 270852
2 | Trenton G. Lamere, State Bar No. 272760
SINGLETON LAW FIRM, APC
3 | 115 W. Plaza Street
Solana Beach, Ca 92075-1123
4 | Telephone: (760) 697-1330
Fax: (760) 697-1329
5 | E-Mail: Brody@SLFfirm.com
*Attorneys for Plaintiff Daniel Manriquez*

6 |
David E. Weiss, State Bar No. 148147
7 | Britt M. Roberts, State Bar No. 284805
REED SMITH LLP
8 | 101 Second Street; Suite 1800
San Francisco, CA 94105-3659
9 | Telephone: (415) 543-4873
Fax: (415) 391-8269
10 | E-mail: broberts@reedsmith.com
*Attorneys for Plaintiff Daniel Cisneros*

11 |
Xavier Becerra, State Bar No. 118517
12 | Jay C. Russell, State Bar No. 122626
Neculai Grecea, State Bar No. 307570
13 | Preeti K. Bajwa, State Bar No. 232484
CAL. ATTORNEY GENERAL'S OFFICE
14 | 1515 Clay St., 20th Floor
Oakland, CA 94612
15 | Telephone: (510) 879-0980
Fax: (510) 622-2700
16 | E-mail: Preeti.Bajwa@doj.ca.gov
*Attorneys for Defendants S. Cupp, J. Cuske,*
17 | *D. Melton, K. Ohland, J. Vangilder, and J.*
*Vasquez*

18 |
19 | UNITED STATES DISTRICT COURT
20 | NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| DANIEL MANRIQUEZ, | Case No. 4:16-cv-1320-HSG |
| | Related Case No. 4:16-cv-0735-HSG |
| Plaintiff, | |
| vs. | **STIPULATION FOR CLARIFICATION REGARDING PRETRIAL CONFERENCE DATE** |
| VANGILDER et al., | |
| Defendants, | |
| | Judge: Hon. Haywood S. Gilliam, Jr. |
| | Courtroom: 2 |
| | Trial Date: February 18, 2019 |

STIP. & ORDER　　　　　　　　　　　　　　　　　　　　　　　　　　　　　4:16-cv-1320-HSG

| | |
|---|---|
| 1 | And Related Case, |
| 2 | DANIEL CISNEROS, |
| 3 | Plaintiff, |
| 4 | vs. |
| 5 | VANGILDER et al., |
| 6 | Defendants. |

## **STIPULATION**

On November 21, 2018, the parties filed a Joint Stipulation to Continue Trial Date and Set Settlement Conference, (ECF Nos. 106 and 107), which the Court granted on November 28, 2018. (ECF Nos. 108 and 109.) In granting the stipulation, the Court ordered the parties to engage in a settlement conference (or other private mediation) on or before January 14, 2019, and continued the trial date in this case from January 14, 2019, to February 18, 2019. (ECF No. 109.)

However, based on the Court's order, it is not clear whether the Court intended to also continue the pretrial conference date in this case, which is set for January 8, 2019. If the Court did not continue the pretrial date, for the reasons set forth in the parties' original Joint Stipulation, *see* (ECF Nos. 106 and 107), the parties believe that there is good cause to continue the pretrial conference to February 12, 2019, to allow the parties to prepare for and meaningfully participate in the settlement conference byJanuary 14, 2019.

Based on the foregoing, **THE PARTIES HEREBY STIPULATE** that good cause exists to continue the pretrial conference date in this case to February 12, 2019.

DATED: December 3, 2018    *s/Brody A. McBride*
Brody A. McBride
Singleton Law Firm
*Attorney for Plaintiff Daniel Manriquez*

DATED: December 3, 2018    *s/Britt Roberts*
Britt Roberts
Reed Smith, LLP
*Attorney for Plaintiff Daniel Cisneros*

STIP. & ORDER                1                4:16-cv-1320-HSG

| | | |
|---|---|---|
| DATED: December 3, 2018 | | *s/Preeti K. Bajwa*<br>Preeti K. Bajwa<br>California Attorney General's Office<br>*Attorney for Defendants S. Cupp, J. Cuske, D. Melton, K. Ohland, J. Vangilder, and J. Vasquez* |

**ORDER**

Having considered the parties' stipulation, **IT IS HEREBY ORDERED** that the pretrial conference date in this case is continued to February 12, 2019, at 3:00 p.m. All dates pertaining to trial documents submissions and exchange of evidence will also be re-scheduled in accordance with the Court's Civil Pretrial and Trial Standing Order.

DATED: December 3, 2018

_____
HON. HAYWOOD S. GILLIAM, JR.
U.S. District Judge