1  Gerald Singleton, State Bar No. 208783
   Brody A. McBride, State Bar No. 270852
2  Trenton G. Lamere, State Bar No. 272760
   SINGLETON LAW FIRM, APC
3  450 A Street, 5th Floor
   San Diego, CA 92101
4  Telephone: (760) 697-1330
   Fax: (760) 697-1329
5  E-Mail: brody@SLFfirm.com
   *Attorneys for Plaintiff Daniel Manriquez*

6

   David E. Weiss, State Bar No. 148147
7  Britt M. Roberts, State Bar No. 284805
   Jeffrey Rieger, State Bar No. 215855
8  REED SMITH LLP
   101 Second Street; Suite 1800
9  San Francisco, CA 94105-3659
   Telephone: (415) 543-4873
10 Fax: (415) 391-8269
   E-Mail: broberts@reedsmith.com
11 *Attorneys for Plaintiff Daniel Cisneros*

12 Xavier Becerra, State Bar No. 118517
   Jay C. Russell, State Bar No. 122626
13 Neculai Grecea, State Bar No. 307570
   Preeti K. Bajwa, State Bar No. 232484
14 CAL. ATTORNEY GENERAL'S OFFICE
   1515 Clay Street, 20th Floor
15 Oakland, CA 94612
   Telephone: (510) 879-0980
16 Fax: (510) 622-2700
   E-Mail: preeti.bajwa@doj.ca.gov
17 *Attorneys for Defendants S. Cupp, J. Cuske,
   K. Ohland, J. Vangilder, and J. Vasquez*

18

19                UNITED STATES DISTRICT COURT

20         NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

21

22 DANIEL MANRIQUEZ,                    Case No. 4:16-cv-1320-HSG
                                        Related Case No. 4:16-cv-0735-HSG
23         Plaintiff,

24    vs.                               **JOINT STIPULATION TO DISMISS
                                        DEFENDANTS OHLAND AND CUSKE**
25 VANGILDER et al.,
                                        [Fed. R. Civ. P. 41(a)(1)(A)(ii)]
26         Defendants,
                                        Judge:   Hon. Haywood S. Gilliam, Jr.
27

28

|   |   |
|---|---|
| 1 | And Related Case, |
| 2 | DANIEL CISNEROS, |
| 3 |               Plaintiff, |
| 4 |    vs. |
| 5 | VANGILDER et al., |
| 6 |               Defendants. |

TO: THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Daniel Manriquez and Daniel Cisneros, and Defendants Scott Cupp, Jonathan Cuske, Kathy Ohland, Justin Vangilder, and Juan Vasquez, hereby jointly stipulate to the dismissal with prejudice of all of Plaintiffs' remaining claims and causes of action against Defendants Kathy Ohland and Jonathan Cuske, with each party to bear its own attorney fees and litigation costs.

DATED: January 30, 2019         *s/Brody A. McBride*
                                         Brody A. McBride
                                         Singleton Law Firm
                                         *Attorney for Plaintiff Daniel Manriquez*

DATED: January 30, 2019         *s/Britt Roberts*
                                         Britt Roberts
                                         Reed Smith, LLP
                                         *Attorney for Plaintiff Daniel Cisneros*

DATED: January 30, 2019         *s/Preeti K. Bajwa*
                                         Preeti K. Bajwa
                                         California Attorney General's Office
                                         *Attorney for Defendants S. Cupp, J. Cuske,*
                                         *K. Ohland, J. Vangilder, and J. Vasquez*

**ORDER**

Having considered the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that all of Plaintiffs' remaining claims and causes of action against Defendants Kathy Ohland and Jonathan Cuske are dismissed with prejudice, with each party to bear its own attorney fees and litigation costs.

IT IS SO ORDERED.

DATED: January 30, 2019

HON. HAYWOOD S. GILLIAM, JR.
U.S. District Court Judge