Gerald Singleton, State Bar No. 208783
Brody A. McBride, State Bar No. 270852
Trenton G. Lamere, State Bar No. 272760
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Telephone: (760) 697-1330
Fax: (760) 697-1329
E-Mail: brody@SLFfirm.com
*Attorneys for Plaintiff Daniel Manriquez*

David E. Weiss, State Bar No. 148147
Britt M. Roberts, State Bar No. 284805
Jeffrey R. Rieger, State Bar No. 215855
REED SMITH LLP
101 Second Street; Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-4873
Fax: (415) 391-8269
E-Mail: broberts@reedsmith.com
*Attorneys for Plaintiff Daniel Cisneros*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| DANIEL MANRIQUEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>VANGILDER et al.,<br><br>    Defendants,<br><br>DANIEL CISNEROS,<br><br>    Plaintiff,<br><br>vs.<br><br>VANGILDER et al.,<br><br>    Defendants. | Case Nos.:    4:16-cv-1320-HSG<br>                    4:16-cv-0735-HSG<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR PLAINTIFF DANIEL CISNEROS**<br><br>Trial Date:  June 19, 2019<br>Time:       8:30 A.M.<br>Location:   Courtroom 2<br>Judge:     Hon. Haywood S. Gilliam, Jr. |

Daniel Cisneros, inmate no. V-78318, a necessary and material party in the proceedings in this case, is confined currently at California State Prison – Sacramento, 100 Prison Road, Represa, CA 95671. He is the Plaintiff in this matter. To provide Mr. Cisneros' attorneys sufficient time before trial to meet with Mr. Cisneros in person to prepare for the case it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the Warden to produce Mr. Cisneros at a time before trial, which is scheduled to begin June 19, 2019. Plaintiffs' counsel must also meet with him on at least two separate days for a minimum of three hours each day. To secure his participation it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the Warden of California State Prison - Sacramento, custodian to produce Mr. Cisneros before this court, Courtroom 2, 4th Floor, United States Courthouse, 1301 Clay Street, Oakland, CA 94612 tentatively on June 13, 2019 at 8:30 a.m. for jury selection and June 19, 2019 at 8:30 a.m. and each day thereafter through the duration of his trial.

Accordingly, **IT IS ORDERED** that:

1. A Writ of Habeas Corpus Ad Testificandum Issue, under the seal of this court, commanding the Warden of California State Prison - Sacramento, to produce the inmate for at least two attorney visiting days in advance of June 19, 2019, so that Mr. Cisneros can meet with his attorney(s) at least twice prior to the trial date;

2. A Writ of Habeas Corpus Ad Testificandum Issue, under the seal of this court, commanding the Warden of California State Prison - Sacramento, to produce the inmate before this court, Courtroom 2, 4th Floor, United States Courthouse, 1301 Clay Street, Oakland, CA 94612, on June 13, 2019 at 8:30 a.m. and June 19, 2019 at 8:30 a.m. and from day to day as advised by the Court and the parties until the completion of court proceedings as ordered by the Court under the custody of the CDCR; additionally, the Warden of California State Prison - Sacramento is commanded to allow Mr. Cisneros to retain and carry with him on his trip from California State Prison - Sacramento to the United States Courthouse in Oakland, legal documents and notes related to this case and that are necessary for Mr. Cisneros' trial preparation.

3. The Clerk of Court is ordered to serve a courtesy copy of this order and Writ of Habeas Ad Testificandum on the warden of the California State Prison - Sacramento – PO Box 290002, Represa, CA 95671.

4. Upon completion of the trial in this civil rights action, and upon satisfaction of this writ by the Court, the CDCR shall return Mr. Cisneros to California State Prison - Sacramento under safe and secure conduct.

5. The CDCR shall bear the respective costs of implementation of the terms of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO: Warden Of California State Prison – Sacramento, 100 Prison Road, Represa, CA 95671**

I **COMMAND** you to produce the inmate named above to appear before the United States District Court at the time and place named above; and thereafter to return the inmate to the above institution.

Further, you are **ORDERED** to notify the Court of any change of custody of the inmate and to provide the new custodian with a copy of this writ.

DATED: _____June 5_, 2019.

By _____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF CALIFORNIA