Gerald Singleton, State Bar No. 208783
Brody A. McBride, State Bar No. 270852
Trenton G. Lamere, State Bar No. 272760
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Telephone: (760) 697-1330
Fax: (760) 697-1329
E-Mail: brody@SLFfirm.com
*Attorneys for Plaintiff Daniel Manriquez*

David E. Weiss, State Bar No. 148147
Britt M. Roberts, State Bar No. 284805
Jeffrey R. Rieger, State Bar No. 215855
REED SMITH LLP
101 Second Street; Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-4873
Fax: (415) 391-8269
E-Mail: broberts@reedsmith.com
*Attorneys for Plaintiff Daniel Cisneros*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| DANIEL MANRIQUEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>VANGILDER et al.,<br><br>    Defendants,<br><br>DANIEL CISNEROS,<br><br>    Plaintiff,<br><br>vs.<br><br>VANGILDER et al.,<br><br>    Defendants. | Case Nos.:    4:16-cv-1320-HSG<br>                 4:16-cv-0735-HSG<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR WITNESS OSCAR CHAIDEZ**<br><br>Trial Date: June 19, 2019<br>Time: 8:30 A.M.<br>Location: Courtroom 2<br>Judge: Hon. Haywood S. Gilliam, Jr. |

Oscar Chaidez, inmate no. E-38598, is a necessary and material percipient witness to the events that occurred in the above captioned cases. He is currently confined at Folsom State Prison, 300 Prison Road, Represa, CA 95671. To provide Plaintiffs' counsel sufficient time before trial to meet with Mr. Chaidez in person to prepare for his testimony, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the Warden of Folsom State Prison to produce Mr. Chaidez at a time before trial, which is scheduled to begin on June 19, 2019 at 8:30 a.m. Plaintiffs' counsel must also meet with him on at least one separate occasion for a minimum of one hour. To secure his participation it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the Warden of Folsom State Prison, to produce Mr. Chaidez before this court, Courtroom 2, 4th Floor, United States Courthouse, 1301 Clay Street, Oakland, CA 94612 tentatively on June 19, 2019 at 8:30 a.m. and each day thereafter through the duration of this trial.

Accordingly, **IT IS ORDERED** that:

1. A Writ of Habeas Corpus Ad Testificandum Issue, under the seal of this court, commanding the Warden of Pleasant Valley State Prison, to produce the inmate for at least one attorney visiting day in advance of June 19, 2019, so that Mr. Chaidez can meet with Plaintiffs' attorney(s) at least once prior to the trial date;

2. A Writ of Habeas Corpus Ad Testificandum Issue, under the seal of this court, commanding the Warden of Folsom State Prison, to produce the inmate before this court, Courtroom 2, 4th Floor, United States Courthouse, 1301 Clay Street, Oakland, CA 94612, no sooner than June 19, 2019 at 8:30 a.m. and from day to day as advised by the Court and the parties until the completion of court proceedings as ordered by the Court under the custody of the CDCR;

3. The Clerk of Court is ordered to serve a courtesy copy of this order and Writ of Habeas Ad Testificandum on the Warden of Folsom State Prison, 300 Prison Road, Represa, CA 95671.

///

///

///

4. Upon completion of the trial in this civil rights action, and upon satisfaction of this writ by the Court, the CDCR shall return Mr. Chaidez to Folsom State Prison under safe and secure conduct.

5. The CDCR shall bear the respective costs of implementation of the terms of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO: Warden Of Folsom State Prison, 300 Prison Road, Represa, CA 95671**

I **COMMAND** you to produce the inmate named above to appear before the United States District Court at the time and place named above; and thereafter to return the inmate to the above institution.

Further, you are **ORDERED** to notify the Court of any change of custody of the inmate and to provide the new custodian with a copy of this writ.

DATED: June 5, 2019.

By /s/ Haywood S. Gilliam, Jr.
Hon. Haywood S. Gilliam, Jr.
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF CALIFORNIA