David E. Weiss, State Bar No. 148147
Britt M. Roberts, State Bar No. 284805
REED SMITH LLP
101 Second Street; Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-4873
Fax: (415) 391-8269
E-mail: broberts@reedsmith.com
*Attorneys for Plaintiff*
*Daniel Cisneros*

Gerald Singleton, State Bar No. 208783
Brody A. Mcbride, State Bar No. 270852
Singleton Law Firm
115 W. Plaza Street
Solana Beach, Ca 92075-1123
Telephone: (760) 697-1330
Fax: (760) 697-1329
E-Mail: Brody@Slffirm.Com
*Attorneys For Plaintiff*
*Daniel Manriquez*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| DANIEL CISNEROS<br><br>Plaintiff,<br><br>vs.<br><br>VANGILDER, et al.,<br><br>Defendants. | Case No.: 4:16-cv-00735-HSG<br>Related Case No.: 4:16-cv-01320-HSG<br><br>**ORDER GRANTING PLAINTIFFS TO FILE SUPPLEMENTAL EXHIBITS TO THEIR MOTION IN LIMINE, NO. 2** |
| DANIEL MANRIQUEZ<br><br>Plaintiff,<br><br>vs.<br><br>VANGILDER, et al.,<br><br>Defendants. | Compl. Filed: February 12, 2016<br><br>Honorable Haywood Stirling Gilliam Jr. |

**ORDER**

Having read and considered Plaintiffs' Joint Administrative Motion for Leave to File exhibits in support of Plaintiffs' Motion in Limine, No. 2, and finding good cause therefore, IT IS HEREBY ORDERED that Plaintiffs' may file the attached supplemental exhibits to their Motion in Limine, No. 2. Defendants must file any supporting exhibits and argument no later than one day after this Order is approved.

DATED: June 7, 2019.

By _(signature)_
Hon. Haywood S. Gilliam, Jr.
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF CALIFORNIA