1  XAVIER BECERRA
   Attorney General of California
2  WILLIAM C. KWONG
   Supervising Deputy Attorney General
3  ANNE E. WADDELL, State Bar No. 311388
   NECULAI GRECEA, State Bar No. 307570
4  PREETI K. BAJWA, State Bar No. 232484
    Deputy Attorneys General
5    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
6    Telephone: (415) 703-1179
     Fax: (415) 703-5843
7    E-mail: Preeti.Bajwa@doj.ca.gov
   *Attorneys for Defendants S. Cupp,*
8  *J. Vangilder, and J. Vasquez*

9   JEFFREY R. RIEGER, State Bar No. 215855
    BRITT M. ROBERTS, State Bar No. 284805
10  Reed Smith, LLP
      101 2nd Street, Suite 1800
11    San Francisco, CA 94105
      Telephone: (415) 659-4873
12    Fax: (415) 391-8269
      E-mail: broberts@reedsmith.com
13  *Attorneys for Plaintiff Daniel Cisneros*

14  GERALD SINGLETON, State Bar No. 208783
    BRODY A. MCBRIDE, State Bar No. 270852
15     Singleton Law Firm
       115 W. Plaza Street
16     Solana Beach, CA 92075-1123
       Telephone: (760) 697-1330
17     Fax: (760) 697-1329
       E-mail: brody@slffirm.com
18  *Attorneys for Plaintiff Daniel Manriquez*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL CISNEROS,** | Case No. 4:16-cv-00735-HSG |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO USE ELECTRONIC EQUIPMENT** |
| v. | |
| **J. VANGILDER, et al.,** | Judge: Hon. Haywood S. Gilliam, Jr.<br>Trial Date: June 19, 2019 |
| Defendants. | Action Filed: February 12, 2016 |

|   |   |   |
|---|---|---|
| 1 | **DANIEL MANRIQUEZ,** | Case No. 4:16-cv-01320-HSG |
| 2 | Plaintiff, | Action Filed: November 29, 2016 |
| 3 | v. | |
| 4 | **J. VANGILDER, et al.,** | |
| 5 | Defendants. | |

Pursuant to the Civil Pretrial and Trial Standing Order for Cases Before District Judge Haywood S. Gilliam, Jr., Plaintiffs Daniel Manriquez and Daniel Cisneros, and Defendants Cupp, Vangilder, and Vasquez hereby stipulate and seek permission to use electronic equipment at the trial scheduled to begin on June 19, 2019, and for the duration of the jury selection and at trial. The parties further request permission to have delivered miscellaneous carts, boxes, and binders of paper documents for use at trial. If the Court approves this request, pursuant to the instructions in the Civil Pretrial and Trial Standing Order, the parties will work with the Courtroom Deputy to arrange a convenient time and date for the delivery, installation, and testing of such equipment on or about the week of June 10, 2019.

The audio-visual display equipment and other items the parties seek permission to use follows:

- 4 computers;
- 2 iPads;
- A/V Table;
- 20" monitor;
- 2-way distribution amplifier;
- Speakers;
- Various power strips and VGA and power cabling and extension cords;
- Power Point remote;
- Laser pointers;
- External hard drives;
- Further miscellaneous carts, boxes, and binders;

- Large flipcharts / poster boards.

This equipment will aid in the organization and presentation of the parties' respective cases and allow for a more efficient presentation of evidence.

DATED: June 10, 2019 /s/ *Preeti K. Bajwa*
PREETI K. BAJWA
Deputy Attorney General
*Attorney for Defendants*
*S. Cupp, J. Vangilder, and J. Vasquez*

DATED: June 10, 2019 /s/ *Britt M. Roberts*
BRITT M. ROBERTS
Reed Smith, LLP
*Attorney for Plaintiff Daniel Cisneros*

DATED: June 10, 2019 /s/ *Brody A. McBride*
BRODY A. MCBRIDE
Singleton Law Firm
*Attorney for Plaintiff Daniel Manriquez*

**ATTORNEY ATTESTATION**

Pursuant to the Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this e-filed document.

DATED: June 10, 2019 /s/ *Preeti K. Bajwa*
PREETI K. BAJWA

# [PROPOSED] ORDER

Pursuant to stipulation, it is ORDERED that on or about the week of June 10, 2019, through the close of trial, counsel for Plaintiffs and Defendants, or their assistants or vendors, will be allowed to bring the following equipment into the Federal Courthouse located at 1301 Clay Street, Oakland, CA 94612, and set up in the courtroom of the Honorable Haywood S. Gilliam, Jr., which will be in **Courtroom 2 on the 4th Floor**:

- 4 computers;
- 2 iPads;
- A/V Table;
- 20" monitor;
- 2-way distribution amplifier;
- Speakers;
- Various power strips and VGA and power cabling and extension cords;
- Power Point remote;
- Laser pointers;
- External hard drives;
- Further miscellaneous carts, boxes, and binders;
- Large flipcharts / poster boards.

Court staff, including assistant U.S. Marshalls on duty at the time, are directed to allow and take such steps as are readily necessary to facilitate the foregoing activity.

**IT IS SO ORDERED.**

Dated: 6/11/2019

_____
The Honorable Haywood S. Gilliam, Jr.
U.S. District Court Judge