Gerald Singleton, State Bar No. 208783
Brody A. McBride, State Bar No. 270852
Trenton G. Lamere, State Bar No. 272760
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Telephone: (760) 697-1330
Fax: (760) 697-1329
E-Mail: brody@SLFfirm.com
*Attorneys for Plaintiff Daniel Manriquez*

David E. Weiss, State Bar No. 148147
Britt M. Roberts, State Bar No. 284805
Jeffrey R. Rieger, State Bar No. 215855
REED SMITH LLP
101 Second Street; Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-4873
Fax: (415) 391-8269
E-Mail: broberts@reedsmith.com
*Attorneys for Plaintiff Daniel Cisneros*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| DANIEL MANRIQUEZ,<br><br>      Plaintiff,<br><br>vs.<br><br>VANGILDER et al.,<br><br>      Defendants, | Case Nos.:    4:16-cv-1320-HSG<br>                    4:16-cv-0735-HSG<br><br>**DRESS OUT ORDER FOR PLAINTIFFS DANIEL CISNEROS AND DANIEL MANRIQUEZ**<br><br>Jury Selection: June 13, 2019<br>Trial Date:    June 19, 2019<br>Time:          8:30 A.M.<br>Location:     Courtroom 2<br>Judge:        Hon. Haywood S. Gilliam, Jr. |
| DANIEL CISNEROS,<br><br>      Plaintiff,<br><br>vs.<br><br>VANGILDER et al.,<br><br>      Defendants. | |

Daniel Cisneros, inmate no. V-78318, and Daniel Manriquez, inmate no. K-78581, are necessary and material parties in the proceedings in this case, as Plaintiffs in this matter. To provide Plaintiffs with a fair and impartial jury trial, Plaintiffs' attorneys requests that they be able to wear civilian clothes at jury selection and for each day of trial.

Accordingly, **IT IS ORDERED** that:

1. For jury selection on June 13, 2019 and trial commencing on June 19, 2019 and the days following until verdict, Mr. Cisneros and Mr. Manriquez may be brought civilian clothes by their counsel (either Mr. Brody McBride or Ms. Britt M. Roberts) so that they may get dressed before Court.

2. The Clerk of Court is ordered to serve a courtesy copy of this order on the Marshall's office within the above referenced courthouse so that Plaintiffs may each get dressed in civilian clothes for Court.

DATED: June 13, 2019.

By: _Haywood S. Gilliam, Jr._
Hon. Haywood S. Gilliam, Jr.
UNITED STATES JUDGE
NORTHERN DISTRICT OF CALIFORNIA

DRESS OUT ORDER FOR PLAINTIFF DANIEL CISNEROS AND DANIEL MANRIQUEZ 4:16-cv-1320-HSG/4:16-cv-0735-HSG