UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CISNEROS,<br><br>        Plaintiff,<br><br>   v.<br><br>J. VANGILDER, et al.,<br><br>        Defendants. | Case No. 16-cv-00735-HSG<br><br>**VERDICT FORM** |
| DANIEL MANRIQUEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>J. VANGILDER, et al.,<br><br>        Defendants. | Case No. 16-cv-01320-HSG |

We, the jury in the above-entitled action, unanimously find the following on the questions submitted to us:

**PLAINTIFF CISNEROS'S CLAIMS**

**Defendant Vangilder**

1) Do you find by a preponderance of the evidence that Defendant Vangilder was deliberately indifferent to a substantial risk of serious harm to, and/or a serious medical need of, Plaintiff Cisneros?

    YES \_\_\_\_                   NO \_\_\_\_

*If you answered YES to Question 1, go to Question 2.*

*If you answered NO to Question 1, skip Question 2 and go to Question 3.*

2) Do you find by a preponderance of the evidence that Defendant Vangilder:

    a) Was aware that Plaintiff Cisneros suffered harmful effects from exposure to OC?

        YES \_\_\_\_  NO \_\_\_\_

    b) Knew that Defendants' ventilation efforts were inadequate?

        YES \_\_\_\_  NO \_\_\_\_

    *If you answered YES to both Questions 2(a) and 2(b), go to Question 2(c).*

    *If you answered NO to either Question 2(a) or 2(b), go to Question 3.*

    c) Purposefully refused to provide Plaintiff Cisneros with a shower, medical care, or self-decontamination procedure?

        YES \_\_\_\_  NO \_\_\_\_

    *Go to Question 3.*

3) Do you find by a preponderance of the evidence that Defendant Vangilder was negligent, and that his negligence was a substantial factor in causing harm to Plaintiff Cisneros?

        YES \_\_\_\_  NO \_\_\_\_

    *If you answered YES to Question 1 and/or Question 3, go to Question 4.*

    *If you answered NO to both Question 1 and Question 3, go to Question 5.*

4) What amount of damages do you award to compensate Plaintiff Cisneros for his claim against Defendant Vangilder?

        $ _____

    *Go to Question 5.*

**Defendant Vasquez**

5) Do you find by a preponderance of the evidence that Defendant Vasquez was deliberately indifferent to a substantial risk of serious harm to, and/or a serious medical need of, Plaintiff Cisneros?

        YES \_\_\_\_  NO \_\_\_\_

    *If you answered YES to Question 5, go to Question 6.*

    *If you answered NO to Question 5, skip Question 6 and go to Question 7.*

6) Do you find by a preponderance of the evidence that Defendant Vasquez:

2

      a) Was aware that Plaintiff Cisneros suffered harmful effects from exposure to OC?

          YES \_\_\_\_                           NO \_\_\_\_

      b) Knew that Defendants' ventilation efforts were inadequate?

          YES \_\_\_\_                           NO \_\_\_\_

*If you answered YES to both Questions 6(a) and 6(b), go to Question 6(c).*

*If you answered NO to either Question 6(a) or 6(b), go to Question 7.*

      c) Purposefully refused to provide Plaintiff Cisneros with a shower, medical care, or self-decontamination procedure?

          YES \_\_\_\_                           NO \_\_\_\_

*Go to Question 7.*

7) Do you find by a preponderance of the evidence that Defendant Vasquez was negligent, and that his negligence was a substantial factor in causing harm to Plaintiff Cisneros?

          YES \_\_\_\_                           NO \_\_\_\_

*If you answered YES to Question 5 and/or Question 7, go to Question 8.*

*If you answered NO to both Question 5 and Question 7, go to Question 9.*

8) What amount of damages do you award to compensate Plaintiff Cisneros for his claim against Defendant Vasquez?

      $ _____

*Go to Question 9.*

**<u>Defendant Cupp</u>**

9) Do you find by a preponderance of the evidence that Defendant Cupp was deliberately indifferent to a substantial risk of serious harm to, and/or a serious medical need of, Plaintiff Cisneros?

          YES \_\_\_\_                           NO \_\_\_\_

*If you answered YES to Question 9, go to Question 10.*

*If you answered NO to Question 9, skip Question 10 and Question 11 and go to Question 12.*

10) Do you find by a preponderance of the evidence that Defendant Cupp:

3

a) Was aware that Plaintiff Cisneros suffered harmful effects from exposure to OC?

    YES \_\_\_\_                NO \_\_\_\_

b) Knew that Defendants' ventilation efforts were inadequate?

    YES \_\_\_\_                NO \_\_\_\_

*If you answered YES to both Questions 10(a) and 10(b), go to Question 10(c).*

*If you answered NO to either Question 10(a) or 10(b), go to Question 11.*

c) Purposefully refused to provide Plaintiff Cisneros with a shower, medical care, or self-decontamination procedure?

    YES \_\_\_\_                NO \_\_\_\_

*Go to Question 11.*

11) What amount of damages do you award to compensate Plaintiff Cisneros for his claim against Defendant Cupp?

    $ _____

*Go to Question 12.*

## PLAINTIFF MANRIQUEZ'S CLAIMS

### Defendant Vangilder

12) Do you find by a preponderance of the evidence that Defendant Vangilder was deliberately indifferent to a substantial risk of serious harm to, and/or a serious medical need of, Plaintiff Manriquez?

    YES \_\_\_\_                NO \_\_\_\_

*If you answered YES to Question 12, go to Question 13.*

*If you answered NO to Question 12, skip Question 13 and go to Question 14.*

13) Do you find by a preponderance of the evidence that Defendant Vangilder:

a) Was aware that Plaintiff Manriquez suffered harmful effects from exposure to OC?

    YES \_\_\_\_                NO \_\_\_\_

b) Knew that Defendants' ventilation efforts were inadequate?

    YES \_\_\_\_                NO \_\_\_\_

*If you answered YES to both Questions 13(a) and 13(b), go to Question 13(c).*

4

*If you answered NO to either Question 13(a) or 13(b), go to Question 14.*

    c) Purposefully refused to provide Plaintiff Manriquez with a shower, medical care, or self-decontamination procedure?

        YES \_\_\_\_                       NO \_\_\_\_

*Go to Question 14.*

14) Do you find by a preponderance of the evidence that Defendant Vangilder was negligent, and that his negligence was a substantial factor in causing harm to Plaintiff Manriquez?

        YES \_\_\_\_                       NO \_\_\_\_

*If you answered YES to Question 12 and/or Question 14, go to Question 15.*

*If you answered NO to both Question 12 and Question 14, go to Question 16.*

15) What amount of damages do you award to compensate Plaintiff Manriquez for his claim against Defendant Vangilder?

    $ _____

*Go to Question 16.*

**Defendant Vasquez**

16) Do you find by a preponderance of the evidence that Defendant Vasquez was deliberately indifferent to a substantial risk of serious harm to, and/or a serious medical need of, Plaintiff Manriquez?

        YES \_\_\_\_                       NO \_\_\_\_

*If you answered YES to Question 16, go to Question 17.*

*If you answered NO to Question 16, skip Question 17 and go to Question 18.*

17) Do you find by a preponderance of the evidence that Defendant Vasquez:

    a) Was aware that Plaintiff Manriquez suffered harmful effects from exposure to OC?

        YES \_\_\_\_                       NO \_\_\_\_

    b) Knew that Defendants' ventilation efforts were inadequate?

        YES \_\_\_\_                       NO \_\_\_\_

*If you answered YES to both Questions 17(a) and 17(b), go to Question 17(c).*

*If you answered NO to either Question 17(a) or 17(b), go to Question 18.*

c) Purposefully refused to provide Plaintiff Manriquez with a shower, medical care, or self-decontamination procedure?

YES \_\_\_\_      NO \_\_\_\_

*Go to Question 18.*

18) Do you find by a preponderance of the evidence that Defendant Vasquez was negligent, and that his negligence was a substantial factor in causing harm to Plaintiff Manriquez?

YES \_\_\_\_      NO \_\_\_\_

*If you answered YES to Question 16 and/or Question 18, go to Question 19.*

*If you answered NO to both Question 16 and Question 17, go to Question 20.*

19) What amount of damages do you award to compensate Plaintiff Manriquez for his claim against Defendant Vasquez?

$ _____

*Go to Question 20.*

**<u>Defendant Cupp</u>**

20) Do you find by a preponderance of the evidence that Defendant Cupp was deliberately indifferent to a substantial risk of serious harm to, and/or a serious medical need of, Plaintiff Manriquez?

YES \_\_\_\_      NO \_\_\_\_

*If you answered YES to Question 20, go to Question 21.*

*If you answered NO to Question 20, skip Question 21 and Question 22 and sign and date this form.*

21) Do you find by a preponderance of the evidence that Defendant Cupp:

a) Was aware that Plaintiff Manriquez suffered harmful effects from exposure to OC?

YES \_\_\_\_      NO \_\_\_\_

b) Knew that Defendants' ventilation efforts were inadequate?

YES \_\_\_\_      NO \_\_\_\_

*If you answered YES to both Questions 21(a) and 21(b), go to Question 21(c).*

*If you answered NO to either Question 21(a) or 21(b), go to Question 22.*

c) Purposefully refused to provide Plaintiff Manriquez with a shower, medical care, or self-decontamination procedure?

YES \_\_\_\_    NO \_\_\_\_

*Go to Question 22.*

22) What amount of damages do you award to compensate Plaintiff Manriquez for his claim against Defendant Cupp?

$ _____

*Sign and date this form.*

_____    _____

Signature of jury foreperson                                    Date