IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL CISNEROS,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**J. VANGILDER, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 4:16-cv-00735-HSG<br><br>**ORDER GRANTING MOTION TO FILE UNDER SEAL**<br><br>Judge:　　　　Hon. Haywood S. Gilliam, Jr.<br>Hearing Date: November 8, 2018, 2:00 pm<br>Courtroom:　　2, 4th Floor<br><br>Trial Date:　　January 14, 2019<br>Action Filed:　February 12, 2016 |
| **DANIEL MANRIQUEZ,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**J. VANGILDER, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 4:16-cv-01320-HSG<br><br>Action Filed:　November 29, 2016 |

　　Defendants have filed a Motion for Summary Judgment and a Reply.  In connection with their Reply, Defendants seek, in accordance with this District's Civil Local Rules 7-11 and 79-5(b), to file under seal Exhibit A attached to the declaration of W. Reynolds. The Court has considered Defendants' motion, including the videos at issue submitted for *in camera* review, and the declaration of W. Reynolds in support of Defendants' sealing request.  Defendants have

1

Order Grant'g Defs.' Mot. Admin. Relief File Under Seal (4:16-cv-01320-HSG)

established that the videos they seek to file under seal implicate legitimate safety and security concerns and should be protected from disclosure to the public.

Accordingly, the Court grants Defendants' motion for administrative relief to file the videos documents under seal.

With respect to Defendants' Reply, the Clerk is instructed to maintain under seal the following: Confidential Exhibit A, containing videos that are attached to the declaration of W. Reynolds in support of Defendants' Administrative Motion for an Order to File Confidential Documents Under Seal. The foregoing material shall be maintained under seal until the conclusion of this case and any appellate proceedings, after which time it should be returned to counsel for Defendants.

**IT IS SO ORDERED**.

Dated: _____9/30/2022_____

The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge

2

Order Grant'g Defs.' Mot. Admin. Relief File Under Seal (4:16-cv-01320-HSG)